**K–TEC, INC., Plaintiff–Appellee,**

v.

**VITA–MIX CORPORATION, Defendant–Appellant.**

No. 2011–1244.

United States Court of Appeals, Federal Circuit.

April 6, 2011.

## ON MOTION

## ORDER

Upon consideration of the appellant's motion to stay the briefing schedule, pending the district court's disposition of pending post-judgment motions,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to inform this court within 14 days of when the district court decides the remaining post-judgment motions and should then move for this court to lift the

stay of the briefing schedule. The revised official caption is reflected above.